# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **AMY BURNETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **NO. 3:24-cv-00962** |
| | ) | |
| **v.** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE FRENSLEY** |
| **RUTLEDGE FLATS, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the parties (Doc. No. 78), this case is hereby **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE